UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-1937

DR. GREG BATTERSBY,

                 Plaintiff - Appellant,

          v.

DR. JOSEPH CAREW, in his individual and official capacities;
DR. RICHARD HEAVNER, in his individual and official
capacities; DR. BRIAN HUGHES, in his individual and official
capacities; DR. JEANNE MCDANIEL-GREEN, in her individual and
official capacities; DR. JOHN MCGINNIS, in his individual
and official capacities; DR. DAVID MRUZ, in his individual
and official capacities; DR. RALPH ROLES, in his individual
and official capacities; DR. HARVEY GARCIA, in his
individual and official capacities; E. J. MERCER, in his
individual and official capacities; JOHN DOES 1-10,

                 Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Anderson.  Henry M. Herlong, Jr., Senior
District Judge.  (8:14-cv-00761-HMH)

Submitted:  February 24, 2015            Decided:  May 5, 2015

Before KEENAN, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Bruce Fein, BRUCE FEIN & ASSOCIATES, INC., Washington, D.C.;
Donald L. Smith, Anderson, South Carolina, for Appellant.
Eugene H. Matthews, RICHARDSON PLOWDEN & ROBINSON, P.A.,

Columbia, South Carolina, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dr. Greg Battersby appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint by granting summary judgment for Defendants. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Battersby v. Carew</u>, No. 8:14-cv-00761-HMH (D.S.C. Aug. 28, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>